UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case Number 06-50969
                              Honorable David M. Lawson

JANINE M. HAYMOND, PRESIDENT
OF ENVIRO-VAC SERVICES, INC.,

    Respondent.
_____/

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Petitioner having advised the Court that respondent, Janine M. Haymond, President of Enviro-Vac Services, Inc., has complied with the Internal Revenue Service Summons served upon her on May 1, 2006, by providing Revenue Officer Wesley Smith with the information sought in the summons;

**IT IS HEREBY ORDERED** that the petition to enforce IRS summons brought against respondent, Janine M. Haymond, President of Enviro-Vac Services, Inc., by the petitioner is hereby dismissed without prejudice and without costs.

                              s/David M. Lawson
                              DAVID M. LAWSON
                              United States District Judge

Dated: December 22, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 22, 2006.

                              s/Felicia M. Moses
                              FELICIA M. MOSES